## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## HATTIESBURG DIVISION

**JOSEPH GLENN JONES, #118373**                                          **PETITIONER**

**VERSUS**                                      **CIVIL ACTION NO.  2:06cv197KS-MTP**

**STATE OF MISSISSIPPI**                                                  **RESPONDENT**

ORDER

Upon initial consideration of the petition filed pursuant to 28 U.S.C. § 2254 by the petitioner

in the above entitled action, it is hereby,

**ORDERED:**

1.  That within twenty (20) days of this date petitioner shall file an amended petition to name

the proper respondent in this action.  The named respondent should be the official having custody

over the petitioner, i.e. the Superintendent or Warden of the institution where petitioner is

currently housed.  See 28 U.S.C. § 2242 and  Rule 2(b) of the *Rules Governing Section 2254*

*Cases in the United States District Court.*

2.  That within twenty (20) days of this date petitioner shall file an amended petition to

specifically state if the petitioner filed a direct appeal of his conviction, and if so state:  (a)  the

name of the court(s); (b) the result of the appeal; (c) date of result and citation, if known; and

(d)  the grounds raised in the appeal.

3.  That within twenty (20) days of this date petitioner shall file an amended petition to

state if the petitioner filed (other than a direct appeal) any petitions, application, or motions

Dockets.Justia.com

with respect to his conviction in any court, state or federal, specifically stating if the petitioner

has filed a motion for post conviction collateral relief with the state courts, and if so state:

(a) the name of the court(s); (b) nature of the proceedings; (c) the grounds raised; (d) whether

or not an evidentiary hearing was held; (e) the results; and (f) the date of the results.

    4.  That the Clerk is directed to mail a copy of this Order to the petitioner at his last

known address.

    5.  Petitioner is warned that if he fails to comply with any order of this court  in a timely

manner or if he fails to keep this court informed of his current address, this action will be

dismissed without further written notice to the petitioner.

    THIS, the <u>18th</u> day of August, 2006.


                    s/Michael T. Parker_____
                     UNITED STATES MAGISTRATE JUDGE