IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**JOSEPH GLENN JONES, #118373**                                      **PETITIONER**

**VERSUS**                                **CIVIL ACTION NO.  2:06cv197KS-MTP**

**STATE OF MISSISSIPPI**                                              **RESPONDENT**

ORDER

Upon initial consideration of the petition filed pursuant to 28 U.S.C. § 2254 by the petitioner in the above entitled action, it is hereby,

**ORDERED:**

1. That within twenty (20) days of this date petitioner shall file an amended petition to name the proper respondent in this action.  The named respondent should be the official having custody over the petitioner, i.e. the Superintendent or Warden of the institution where petitioner is currently housed.  See 28 U.S.C. § 2242 and  Rule 2(b) of the *Rules Governing Section 2254 Cases in the United States District Court*.

2. That within twenty (20) days of this date petitioner shall file an amended petition to specifically state if the petitioner filed a direct appeal of his conviction, and if so state:  (a)  the name of the court(s); (b) the result of the appeal; (c) date of result and citation, if known; and (d)  the grounds raised in the appeal.

3. That within twenty (20) days of this date petitioner shall file an amended petition to state if the petitioner filed (other than a direct appeal) any petitions, application, or motions

with respect to his conviction in any court, state or federal, specifically stating if the petitioner has filed a motion for post conviction collateral relief with the state courts, and if so state: (a) the name of the court(s); (b) nature of the proceedings; (c) the grounds raised; (d) whether or not an evidentiary hearing was held; (e) the results; and (f) the date of the results.

    4. That the Clerk is directed to mail a copy of this Order to the petitioner at his last known address.

    5. Petitioner is warned that if he fails to comply with any order of this court in a timely manner or if he fails to keep this court informed of his current address, this action will be dismissed without further written notice to the petitioner.

    THIS, the <u>18th</u> day of August, 2006.

                                                     s/Michael T. Parker
                                                   UNITED STATES MAGISTRATE JUDGE