IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**JOSEPH GLENN JONES, #118373**                                               **PETITIONER**

**VERSUS**                                              **CIVIL ACTION NO. 2:06cv197KS-MTP**

**RON KING, Superintendent;**
**and STATE OF MISSISSIPPI**                                                  **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed, without prejudice, for failure to exhaust available state remedies.

SO ORDERED AND ADJUDGED, this the 6th day of September, 2006.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE